1048

No. 830. NOYD *v.* BOND ET AL. C. A. 10th Cir. Certiorari granted. Stay heretofore granted by MR. JUSTICE DOUGLAS shall remain in effect pending issuance of judgment of this Court or until further order of this Court. *Marvin M. Karpatkin, Melvin L. Wulf,* and *William F. Reynard* for petitioner. *Solicitor General Griswold* for respondents.

No. 161. CHOCTAW NATION ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 10th Cir. Certiorari denied. *J. D. McLaughlin* for petitioners. *Streeter B. Flynn* for respondents Atchison, Topeka & Santa Fe Railway Co. et al. *Solicitor General Griswold* filed a memorandum for the United States, as *amicus curiae,* by invitation of the Court, *ante,* p. 922, in opposition.

No. 542. DUGAS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Sam J. D'Amico* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondent.

No. 712. INTERNATIONAL ASSOCIATION OF MACHINISTS *v.* BRADY;

No. 713. TRANS WORLD AIRLINES, INC. *v.* BRADY; and

No. 735. BRADY *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Edward J. Hickey, Jr.,* and *James L. Highsaw, Jr.,* for petitioner in No. 712 and for respondent International Association of Machinists in No. 735. *Harold L. Warner, Jr.,* and *Carl S. Rowe* for petitioner in No. 713. *Morris Duane* for petitioner in No. 735 and for respondent in Nos. 712 and 713. Reported below: 401 F. 2d 87.